James J. Peters, SBN 227842
PETERS LAW GROUP, APC
P.O. Box 7797
Ventura, CA 93006
(805) 275- 4501 (telephone)
(866) 483-3326 (facsimile)

Attorney for Plaintiff
Dennis Baker

Amy Schmidt Jones
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202
Telephone:  414-225-2771
Facsimile:  414-277-0656

Douglas M. Larsen, Esq., SBN 142852
FISHMAN, LARSEN, GOLDRING & ZEITLER
7112 N. Fresno Street, Suite 450
Fresno, California 93720
Telephone:    559-256-5000
Facsimile:      559- 256-5005

Attorneys for Defendant JohnsonDiversey, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BAKER, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHNSONDIVERSEY, INC., a Corporation; and DOES 1-20, inclusive,<br><br>            Defendants. | **Case No.  1:08-cv-01686-LJO-GSA**<br><br>**ORDER APPROVING**<br><br>**STIPULATION OF DISMISSAL** |

Having reviewed the Parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby ORDERED that Stipulation is approved and that this matter is dismissed with prejudice and without fees or costs to either Party.   The clerk is directed to close this action in its entirety.

Dated:  __July 13, 2009_____          __/s/ Lawrence J. O'Neill_____  
　　　　　　　　　　　　　　　　　　　The Honorable Lawrence J. O'Neill  
　　　　　　　　　　　　　　　　　　　U.S. District Judge  
　　　　　　　　　　　　　　　　　　　United States District Court, Eastern District of California